IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
SEP 01 2022
U.S. DISTRICT COURT
GREENVILLE, S.C.

Sana Walker /
United States of
American Citizens

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

United States Federal
Government (see Attached)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

- House of Raeford Farm Inc
- Prisma health
- Saint Frances downtown
- Saint Frances eastside
- The Carolina center for behavioral Health
- South Carolina Department of Social Services
- Greer police department
- Greenville police department
- Greenville County Court of Common Pleas (Clerk of Court)
- Greenlink
- Greenville Library System (Downtown & Anderson Rd branches)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Saria walker / united States Citizens
   Street Address: 1900 Boiling Rd ext ~~apt~~ sw
   City and County: Taylors ~~greenville~~ sw
   State and Zip Code: SC 29687
   Telephone Number: 864 551 7060

   B. The Defendant(s)    Apt 26 F

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

   Defendant No. 2

   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

   Defendant No. 3

   Name:

2

|                       |   |
|-----------------------|---|
| Job or Title (if known) |   |
| Street Address        |   |
| City and County       |   |
| State and Zip Code    |   |
| Telephone Number      |   |

Defendant No. 4

|                       |   |
|-----------------------|---|
| Name                  |   |
| Job or Title (if known) |   |
| Street Address        |   |
| City and County       |   |
| State and Zip Code    |   |
| Telephone Number      |   |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☑ Diversity of citizenship

— United States violating Consitution and Forfieting Immunity

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Whats the diffrence between Indentured Servitude and Slavery the Answer Not Wages And isn't Slavery Abolished acording to the 13th Admendment [3]

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s) united States citizens/sana walker

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Sania walker, is a citizen of the State of *(name)* South Carolina

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* Sana walker, is incorporated under the laws of the State of *(name)* South Carolina and has its principal place of business in the State of *(name)* South Carolina

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) United States Federal government ect All

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Googl due to violation of Constitutional Rights 13th Admenent and depvision of the 14th Admendment the right to life, liberty, property

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

violation - 28. us code 144 - 42. us. code 1985 - 42 us code 1986 - 42 us code 1983 - 18 us §1505
- Confict of Intrest due to constroctral or legal obligation linked to *Direct Intrest *Indirect Intrest *Finical Intrest *Non Finical Intrest
- Judical courption due to conflict of Intrest

### IV. Relief — Abuse of power & Authority

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(see Attachment)

5

Statement of Claim III & IV Relief

- False imprisionment
- Shame
- Waiving rights to due process
- Inflicting emotional distress
- Perjury 16-9-10 & 16-9-20
- intimidation
- Harassment
- Perverting the course of justice
- Sections: 44-22-60
  16-9-30
  44-22-30
  44-22-70
- retaliation
- Confict of intrest quasi offences and retalation
  * Direct Intrest
  * Indirect Intrest
  * Finical Intrest
  * Non Finicial Intrest
Due to defendents social status and contracral or legal obligations
- Section 242 of title 18
- violation of 13th and 14th Admendment
- retaliation of a child
- racial discrimination

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/1, 2022

Signature of Plaintiff _____

Printed Name of Plaintiff Saria Walker

**B.    For Attorneys**

Date of signing: 9/1, 2022

Signature of Attorney _____
Printed Name of Attorney Saria Walker
Bar Number
Name of Law Firm
Address 1900 Boiling Rd extension Taylors SC 29687 Apt 26F
Telephone Number 8645517060
E-mail Address Sariawalker@yahoo.com

6