- Oaths & bonds broken
- Greenville County Clerk (Judical corruption) dismissed immeditly
- Rule 24(a)(3)        charges:
- was NOT upheld NO Judical Government Body Is Fit For Service Until Signing "contract Fraud" to be seen as innocent
- 1-6-70 (A) Abuse of Power Malfeasance in office
- 8-27-30 retaliation
- 41-8-70 Falsifying documents
- Perjury (obstruction of Justice) 16-9-10
- Conspircy Against civil rights
- 16-5-10 Punishment for Commission of additional crimes
- 16-5-20
- quisi Offense - conflict of intrest Government "bodies"
  you are guity of civil conspircy

~~oooooooo~~ SW   Sept 1, 2022

x _Sim Wa___

1900 Boiling Rd extension
Taylors SC 29687
Apt 26F

United States Federal Goverment
Sept 1st 2022
~~Testtest~~                    x_Law Wau_   2
~~scribble~~
                               1900 Boiling Rd ext Apt 26F
                               Taylors SC 29687

- 13th & 14th Admendment viciated (42 U.S code 1985)

- We the People Do Not owe Debt (Bills) Because we are law Abiding citizens and are NOT being convicted of a crime thefore we DO NOT have to work Involuntary (Slavery)      (A Job to Pay bills)

- You are depriving the American citizens the right to the 14th Admendment life, liberty, property (food, water, Shelter)

- And by the Actions of if we DO NOT work we will not be Able to sustain life and will be homeless & have no Food or water Provided for free of Charge you are depriving us

- the Constitution states I AM Entitled As a birth right to Life, liberty, property (Food water, Shelter) Without the Obligation of a Job

- Since the goverment Didnt provide It I was Forced to work Involuntary Out of obligation of being homeless and hungery

3

- Which deprive me of my 14th & 13th Admendment which is the right to property, life, liberty (Food, water, shelter) Free of cost without labor (Servitude is contract only & no obligation to pay debt) (yall are comitting "contract fraud" by having us pay debt, & work involuntary under false pretenses & breaking "13 Admen+ which is slavery

- breaking oaths & bonds & yall will be held respondsible for All crimes comitted by the American people due to your negellence and depriving them of the 14th Admendment

- punishment (6-5-20) for commission of additional crimes

Sept 1st 2022

- As of today consider yourself served ~~pooled~~ ~~2022~~ sw 1900 Boiling Rd ext x ~~~~ Taylors SC 27687 Apt 26F
~~~~
- Unless you are a victim
- Unless you are under bond & oath under false pretenses which is "Contract fraud" then you are being convicted of a crime this goes for All Goverment bodys 18 USC 1918 so 5 USC 7311 is now enforced ~~~~ (1) & (2) Applied to those that are convicted durning due process

4

who to Dissmiss immeditly upon recieving at Any defen<i>d</i> listed on Civil Action Coversheet

- Congress
- Judical

- Includes
  * heads of federal agencies
  * Federal Judges  — President
  * Supreme Court

* Must immeditly redse release All federal inmates
* Must revise all inmates and release those effected by ~~[scribbled]~~ "contract Fraud"
* Everyone eles keep working til we (the people) reestabish Life, Liberty & property for citizens and renew oaths with good standing to the people of the United States of America (IF you wish As indentured sevitude)

sw ~~[scribbled]~~  9/1/22   1900 Boling Rd-ext
                              Taylors SC 29687
x [signature]                 Apt 26 F

5

- If you are a victim of "contract fraud" then you can be sworn in again without conviction if you wish ~~contrator~~ to be a servitutd Indentured & not as a Slave

- eligabity requiremets
1.) you were NOT offered Food, water, shelter Free of charge at 18 and the obligation to work led to your contract due to Invountary seritude

- More Aspect will be decided after offical document is written

9/1/22

~~[scribble]~~ SW

X [signature]

1900 Boiling Rd
extension Taylors SC
29687 Apt 26 F